UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-CV-10190-KING/BECERRA

STEPHEN BUZZELL, JR.
on behalf of himself and others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

FLORIDA KEYS AMBULANCE SERVICE, INC.
and EDWARD BONILLA,

    Defendants.      /

**PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN**

Plaintiff, STEPHEN BUZZELL, JR., on behalf of himself and others similarly situated, gives notice of the entry of ROBERT HARMAN, as additional opt-in Plaintiff in the instant case. Plaintiff hereby requests that ROBERT HARMAN be added to the docket as an additional party. Consent to Join is attached hereto as Exhibit "A".

                                       Respectfully submitted,

                                       **GALLUP AUERBACH**
                                       *Counsel for Plaintiff(s)*
                                       4000 Hollywood Boulevard
                                       Presidential Circle-Suite 265 South
                                       Hollywood, Florida 33021
                                       Telephone: (954) 894-3035
                                       Facsimile: (954) 894-8015
                                       E-mail: jauerbach@gallup-law.com

                          By:    */s/ Jacob K. Auerbach*
                                  JACOB K AUERBACH
                                  Florida Bar No.: 0084003

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 16th day of February 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronic Notices of Electronic Filing.

By: **/s/ *Jacob K. Auerbach***
Jacob K. Auerbach
FBN: 084003

## SERVICE LIST
*BUZZELL V. FLORIDA KEYS AMBULANCE SERVICE, INC. et al.*
**CASE NO.: 19-CV-10190-KING/BECERRA**

| | |
|---|---|
| Robert S. Norell, Esq. | Theron Simmons, Esq. |
| FBN 996777 | FBN: 623385 |
| **ROBERT S. NORELL, P.A.** | **BRIDGES, SIMMONS & ASSOCIATES** |
| 300 NW 70th Avenue | 101 NE 3rd Avenue |
| Suite 305 | Suite 1500 |
| Plantation, FL 33317 | Fort Lauderdale, FL 33301 |
| t: (954) 617-6017 f: (954) 617-6018 | T: (954) 332-3706 |
| e: rob@floridawagelaw.com | E-mail: tsimmons@law-bsa.com |
| *Co-Counsel for Plaintiff(s)* | *Counsel for Defendants* |
| Via CM/ECF | Via CM/ECF |

GALLUP AUERBACH • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web: gallup-law.com