UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:19-cv-10190-JLK

STEPHEN BUZZELL, JR.
on behalf of himself and others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

FLORIDA KEYS AMBULANCE SERVICE, INC.
and EDWARD BONILLA,

    Defendants.
_____/

## ORDER AFFIRMING REPORT AND RECCOMENDATION ON MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S ORDER AND FOR SANCTIONS

THIS CAUSE comes before the Court upon Magistrate Judge Jacqueline Becerra's April 1, 2021 Report & Recommendation (R&R) (DE 52). Plaintiff's Motion to Compel Compliance with this Court's Order and for Sanctions (DE 33) (the "Motion") was referred to Magistrate Judge Becerra. DE 36. There have been no objections filed.

After a thorough review of the record, and consideration of the R&R, the Court concludes that the R&R is well-reasoned and accurately states the facts and law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Magistrate Judge Jacqueline Becerra's August 28, 2019 Report & Recommendation **(DE 52)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court,

2. Defendants are required to produce complete payroll records for any person employed three years from the date the suit was filed,

3. Any additional putative class members are afforded sixty (60) days from the mailing of the notice to opt in,

4. Discovery deadlines be extended by ninety (90) days,

5. Scheduling Order **(DE 24)** dated August 7, 2020 be, and the same is, hereby **VACATED**, and

6. Defendants (not their counsel) are required to pay Plaintiff attorneys' fees costs in connection to the Motion.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of May, 2021.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**   **Magistrate Judge Jacqueline Becerra**
**All counsel of record**