UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-10190-KING/BECERRA

STEPHEN BUZZELL, JR. on behalf
of himself and others similarly
Situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

FLORIDA KEYS AMBULANCE
SERVICE, INC. and EDWARD
BONILLA,

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

    The Debtor, FLORIDA KEYS AMBULANCE SERVICE, INC., by and through undersigned attorney, files this Suggestion of Bankruptcy and state(s) as follows:

    1.    On August 10, 2022, Debtor filed a Voluntary Petition for relief pursuant to Title 11, of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Bankruptcy Case No.: 22-16165-RAM.  A copy of the Notice of Bankruptcy Filing is attached.

    2.    That pursuant to the Bankruptcy Code, 11 U.S.C. §362, the above-styled case is stayed, unless this matter falls within one of the exceptions from the automatic stay.

    3.    This Suggestion of Bankruptcy is for notice purposes only and does not constitute an appearance by the undersigned in this case.

    Wherefore, Debtor respectfully suggests that pursuant to 11 U.S.C. 362 that all proceedings

in this case should be stayed pending further Order of the Bankruptcy Court, and for whatever relief, this Court deems just and proper.

Dated:  August 10, 2022.

**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax.)
By: /s/ Chad Van Horn
Chad Van Horn, Esq.
Florida Bar No. 64500
Chad@cvhlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2022 a true and correct copy of this Suggestion of Bankruptcy was sent to all parties registered through the CM/ECF filing systems.

**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax.)

By: /s/ Chad Van Horn
Chad Van Horn, Esq.
Florida Bar No. 64500
Chad@cvhlawgroup.com

# 1:22-bk-16165 - Florida Keys Ambulance Service, Inc.

United States Bankruptcy Court
Southern District of Florida

Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 08/10/2022 at 4:27 PM and filed on 08/10/2022.

**Florida Keys Ambulance Service, Inc.**
91421 Overseas Hwy
Ste 10
Tavernier, FL 33070-2542
Tax ID / EIN: 46-0722971



The case was filed by the debtor's attorney:

**Chad T Van Horn**
500 NE 4 St #200
Ft Lauderdale, FL 33301
954-765-3166

The case was assigned case number 22-16165-RAM to Judge Robert A Mark.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Joseph Falzone
Clerk, U.S. Bankruptcy Court

| PACER Service Center | |
|---|---|
| Receipt: | 08/10/2022 16:32:16 |
| User: | cvhlaw10 |
| Client: | |
| Description: | Notice of Filing 22-16165-RAM |
| Pages: | 1 ($0.10) |