**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 4:19-cv-10190-JLK

STEPHEN BUZZELL, JR. et. al,

    Plaintiff,

vs.

FLORIDA KEYS AMBULANCE SERVICE, INC., and
EDWARD BONILLA, an individual

    Defendants.

_____/

**DEFENDANT COUNSEL'S NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned hereby appears as Attorney of Record on behalf of the Defendant FLORIDA KEYS AMBULANCE SERVICE, INC. and EDWARD BONILLA in the above-styled cause. The undersigned requests that copies of all pleadings, notices, correspondence, and communications of any type, be furnished to him in accordance therewith.

    Respectfully submitted this 10th Day of August, 2022.

    **Gallardo Law Firm, P.A.**
    8492 SW 8th St, Miami, FL 33144
    Office: (305) 261-7000
    Primary Email: rainier.regueiro@gallardolawyers.com
    By: /s/ Rainier Regueiro
    Rainier Regueiro, Esq.
    Florida Bar No. 115578

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2022, a true and correct copy of the foregoing was served via electronic mail to all counsel of records listed in the Service List Below.

By: /s/ Rainier Regueiro
Rainier Regueiro, Esq.
Florida Bar No. 115578

**SERVICE LIST**

Jacob Karl Auerbach
Gallup Auerbach
5521 N. University Drive, Suite 204
Coral Springs, FL 33067
954-906-8228
jauerbach@gallup-law.com

Dana Mason Gallup
Gallup Auerbach
4000 Hollywood Boulevard
Suite 265-S
Hollywood, FL 33021-6755
954-894-3035
954-894-8015 (fax)
dgallup@gallup-law.com

Robert Scott Norell
Robert S. Norell P.A.
300 NW 70th Avenue
Suite 305
Plantation, FL 33317
954-617-6017
954-617-6018 (fax)
rob@floridawagelaw.com