UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-CV-10190-KING/BECERRA

STEPHEN BUZZELL, JR.
on behalf of himself and others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,
vs.

FLORIDA KEYS AMBULANCE SERVICE, INC.
and EDWARD BONILLA,

    Defendants.                                        /

**PLAINTIFFS' [PROPOSED] VERDICT FORM**

**Do you find by a preponderance of the evidence:**

1. That the Plaintiffs were employed by Edward Bonilla?

   Answer Yes or No

   [Note: If you answered No you need not answer the remaining questions.]

2. That the Plaintiffs worked overtime hours for which they were not compensated?

   [Note: If you answered No you need not answer the remaining questions.]

3. That the Defendant either knew or showed a reckless disregard for whether his conduct

   was prohibited by the FLSA?

   Answer Yes or No.

SO SAY WE ALL:


_____
FOREPERSON


_____
DATED

1