UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-CV-10190-KING/BECERRA

STEPHEN BUZZELL, JR.
on behalf of himself and others similarly
situated under 29 U.S.C. 216(b),

  Plaintiff,

vs.

FLORIDA KEYS AMBULANCE SERVICE, INC.
and EDWARD BONILLA,

  Defendants.       /

### [DEFENDANT'S PROPOSED] VERDICT FORM

**Do you find by a preponderance of the evidence:**

1.  That the Plaintiffs were employed by Florida Keys Ambulance Service?

    Answer Yes _____ or No _____

    [Note: If you answered No you need not answer the remaining questions.]

2.  That Defendant Bonilla had operational control and thus individual liability for any violations?

    Answer Yes _____ or No _____

    [Note: If you answered No you need not answer the remaining questions.]

3.  Did the Plaintiffs work overtime hours for which they were not compensated?

    Answer Yes _____ or No _____

    [Note: If you answered No you need not answer the remaining questions.]

4.  That the Defendant either knew or showed a reckless disregard for whether his conduct was prohibited by the FLSA?

    Answer Yes _____ or No _____

SO SAY WE ALL:

_____
FOREPERSON


_____
DATED