UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-10190-CIV-KING

**STEPHEN BUZZELL, JR.**; *et al.*,

    Plaintiffs,

v.

**FLORIDA KEYS AMBULANCE SERVICE, INC.**; *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court *sua sponte*. It is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge Federico A. Moreno for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 24th day of August, 2022.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record