UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:19-10190-CIV-MORENO

STEPHEN BUZZELL, JR., et al.,

    Plaintiffs,
vs.

FLORIDA KEYS AMBULANCE
SERVICE, INC. and
EDWARD BONILLA,

    Defendants               /

## PLAINTIFFS' STATUS REPORT

Plaintiffs, STEPHEN BUZZELL, JR., *et. al.,* by and through their undersigned attorneys, file this Status Report pursuant to this Court's Order [D.E. 114], and state as follows:

1. On August 10, 2022, the Defendant, Florida Keys Ambulance Service, Inc. ("FKAS") filed a Voluntary Petition for Non-Individuals filing for Bankruptcy under Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Bankruptcy Case No. 22-16165-RAM ("Bankruptcy Case").

2. On August 10, 2022, FKAS filed a Suggestion of Bankruptcy in the subject action.

3. The Defendant, Edward Bonilla, did not file a Notice of Bankruptcy or Suggestion of Bankruptcy.

4. On September 1, 2022, an Order Granting Motion to Dismiss Case with Prejudice was entered in the Bankruptcy Case.

5. Accordingly, this action is ready to proceed.

Respectfully submitted,

/s/*Dana M. Gallup*
Dana M. Gallup, Esq.
Fla. Bar No. 0949329
E-Mail: dgallup@gallup-law.com
Jacob K. Auerbach, Esq.
Fla. Bar No. 84003
E-Mail: jauerbach@gallup-law.com
**GALLUP AUERBACH**
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, FL 33021
Telephone: (954) 894-3035
*Co-counsel for Plaintiffs*

Robert S. Norell, Esq.
Fla. Bar No. 996777
E-Mail: rob@floridawagelaw.com
**ROBERT S. NORELL, P.A.**
300 N.W. 70th Avenue
Suite 305
Plantation, FL 33317
Telephone: (954) 617-6017
*Co-counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronic Notices of Electronic Filing.

       By: */s/Dana M. Gallup*
          Dana M. Gallup, Esq.
          Florida Bar #: 949329

3

**Service List**
CASE NO.: 19-CV-10190-MORENO

Dana M. Gallup, Esq.
E-Mail: dgallup@gallup-law.com
Jacob Auerbach, Esq.
E-Mail: jauerbach@gallup-law.com
**GALLUP AUERBACH**
4000 Hollywood Boulevard
Presidential Circle – Suite 265 South
Hollywood, FL 33021
Telephone: (954) 894-3035
Facsimile: (754) 200-2836
*Co-counsel for Plaintiffs*

Robert S. Norell, Esq.
E-Mail: rob@floridawagelaw.com
**ROBERT S. NORELL, P.A.**
300 N.W. 70th Avenue
Suite 305
Plantation, FL 33317
Telephone: (954) 617-6017
Facsimile: (954) 617-6018
*Co-counsel for Plaintiffs*
Method of Service: CM/ECF

Theron Simmons, Esq.
E-Mail: tsimmons@law-bsa.com
**BRIDGES, SIMMONS & ASSOCIATES**
101 NE 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301
Telephone: (954) 332-3706
*Co-counsel for Defendants*
Method of Service: CM/ECF

Rainier Regueiro, Esq.
E-Mail: rainier.regueiro@gallardolawyers.com
**GALLARDO LAW FIRM, P.A.**
8492 SW 8th St.
Miami, FL 33144
Office: (305) 261-7000
*Co-counsel for Defendants*
Method of Service: CM/ECF