UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-10190-CIV-MORENO

STEPHEN BUZZELL, JR., et al.,

      Plaintiffs,

vs.

FLORIDA KEYS AMBULANCE SERVICE,
INC. and EDWARD BONILLA,

      Defendants.
_____/

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a hearing in Open Court on December 4, 2023, following the parties' Notice of Settlement, which was filed on Saturday December 2, 2023. Jury selection was scheduled for December 4, 2023 at 9:30 AM.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Counsel for both parties advised the Court of the contents of the parties' settlement in Open Court on December 4, 2023. It is

**ADJUDGED** that the settlement is approved in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). The Court retains jurisdiction for nineteen months to enforce the settlement. It is also

**ADJUDGED** that this Cause is **DISMISSED** with prejudice. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in ~~Chambers~~ Open Court at Miami, Florida, this 4th of December 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record