**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**
**4:19-cv-10190-FAM**

Stephen Buzzel, Jr.

     Plaintiffs,
v.

Florida Keys Ambulance Service, Inc.
and Edward Bonilla,

     Defendant.
_____/

## DEFENDANTS' COUNSEL'S UNOPPOSED MOTION TO WITHDRAW

Rainier Regueiro, hereby respectfully moves this Court to allow him to withdraw as counsel of Florida Keys Ambulance Service, Inc. and Edward Bonilla, and as grounds state:

1. This is an action by the Plaintiff for FLSA.

2. Undersigned was hired by Defendants to be trial counsel.

3. As of December 4, 2023 this matter has been closed and no other trial orders have been set.

4. Attorney Theron Coleman Simmons, Esq. will continue to represent Defendants and will remain their counsel.

5. Undersigned request this court grant this motion as his reason for representation has ended.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 11.1(d)(3)

The undersigned Counsel has served a copy of this Motion on Plaintiff via e-mail and mail, indicating Counsel's service of notice of withdrawal on Plaintiff.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1(a)(3)**

I HEREBY CERTIFY that Plaintiff's counsel has conferred with remaining counsel for Defendants and for Plaintiff regarding the relief sought herein. At this time, none object to the withdrawal.

Dated _____5/12/25_____

Respectfully submitted,

**Abrams Law Firm, P.A**.
*Counsel for Defendant*
888 SE 3rd Ave., Suite 400 Fort Lauderdale, FL 33316
Office: 954-332-2358
Primary Email: rregueiro@abrams-law.com
Secondary email: admin@abrams-law.com

By: /s/  Rainier Regueiro
Rainier Regueiro, Esq.
Florida Bar No. 115578

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on _____5/12/25_____, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jacob Karl Auerbach
Gallup Auerbach
5521 N. University Drive, Suite 204
Coral Springs, FL 33067
954-906-8228
Email: jauerbach@gallup-law.com

Robert Scott Norell
Robert S. Norell P.A.
300 NW 70th Avenue
Suite 305
Plantation, FL 33317
954-617-6017
Fax: 954-617-6018
Email: rob@floridawagelaw.com

Dana Mason Gallup
Gallup Auerbach
4000 Hollywood Boulevard
Suite 265-S
Hollywood, FL 33021-6755
954-894-3035
Fax: 954-894-8015
Email: dgallup@gallup-law.com

Theron Coleman Simmons
Theron Simmons, PLLC
101 3rd Ave., Suite 1500
Fort Lauderdale, FL 33301
(305) 664-4675
Fax: (305) 664-5414
Email: tsimmons@law-bsa.com

                By: ___s/Rainier Regueiro____  _____
                Rainier Regueiro, Esq.
                Florida Bar No.: 115578